IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SLEP-TONE ENTERTAINMENT
CORPORATION,

    Plaintiff,

v.                                        Case No. 8:11cv1528-JSM-EAJ

FAYE JOHNSON et al.,

    Defendants.

## ORDER

That portion of the above-captioned case relating to the dispute between Slep-Tone Entertainment Corporation ("Slep-Tone") and Andrew and Patrice Couche ("the Couches") was tried in a bench trial before the undersigned on February 13, 2013.

At trial, it became apparent that there was little dispute as to the facts concerning the Couches' karaoke system. The parties agree, and the evidence showed:

- that the Couches own 704 original SOUND CHOICE® karaoke discs;

- that they have made duplicates of the contents of those discs onto the hard drive of a server computer stored at their home and connected to the Internet;
- that the Couches own three additional "satellite" computers that are capable of being used to produce karaoke shows;
- that the Couches' computer system allows the satellite computers to access the server via a "virtual private network" over the Internet;
- that in doing so, the Couches cause a karaoke track requested from the server to be copied into volatile memory for play on the satellite computer;
- that the system allows the same track to be played at multiple shows in different locations at the same time, although the Couches are investigating controls that would disallow that feature; and
- that one of the purposes of establishing this arrangement was to allow the Couches to leverage their entire karaoke collection at multiple simultaneous shows.

Following the trial, the Court announced its intention to enter judgment for the Plaintiff, Slep-Tone, against the Couches, on all of the claims. The Court finds that the foregoing acts, undertaken without Slep-Tone's permission,

constitute infringement of Slep-Tone's rights, particularly with respect to the creation of duplicate karaoke tracks bearing Slep-Tone's federally registered trademarks without Slep-Tone's permission. The Court also finds that the Couches' arrangement is damaging to Slep-Tone because it allows the Couches to do more with their existing collection than they could do if their activities were confined to operation using original discs alone or to media-shifted copies stored on the satellite computers. However, the Court finds that the infringement was not willful and that the Couches believed in good faith that they were operating according to the law.

In view of the foregoing, it is therefore ORDERED, ADJUDGED, and DECREED as follows:

1. Andrew Couche and Patrice Couche, and all those active in concert within them who have knowledge of this order, are hereby PERMANENTLY ENJOINED from storing copies of SOUND CHOICE-branded karaoke tracks on an internet-accessible computer for purposes of allowing remote access via another computer at one or more locations to provide karaoke services to any third party, without the express, specific, written permission of Slep-Tone. The Couches are directed immediately to disable all access to copies currently

stored on their existing server, so that the satellite computers are unable to access those copies for any purpose related to the production of a karaoke show.

2.   The Court finds that a decision on the question of the legality of the Couches' karaoke system was a substantial impediment to the prior settlement of this matter, and that the parties may be better able now to settle the dispute in light of the findings above. Accordingly, the Court reserves judgment on the question of damages. The parties are directed to meet and confer within the next fourteen (14) days to determine whether the remainder of the dispute can be settled between them voluntarily and to report the result of that conference to the Court. If the parties cannot reach a settlement during that time, the Court will enter a decision on damages thereafter.

3.   The Court retains jurisdiction over this matter.

IT IS SO ORDERED in Tampa, Florida on February 20, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record