**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SLEP-TONE ENTERTAINMENT**
**CORPORATION,**

    **Plaintiff,**

v.                                                              Case No.  8:11-cv-01528-JSM-EAJ

**FAYE JOHNSON, et al.,**

    **Defendants.**
_____/

## ORDER

    THIS CAUSE comes before the Court upon Plaintiff's Proposed Bill of Costs (Dkt. #110).  Plaintiff seeks costs in the amount of $930.00 against Defendants Andrew Couche and Patrice Couche.  The Couche's did not file any objection to Plaintiff's Proposed Bill of Costs.  The Court concludes that Plaintiff is entitled to recover all costs contained in the Bill of Costs (Dkt. #110).

    It is therefore ORDERED AND ADJUDGED that:

1.     Plaintiff's Bill of Costs (Dkt. #110) is **GRANTED**.

2.     The Clerk is directed to enter a **BILL OF COSTS** against Defendants Andrew Couche and Patrice Couche and in favor of Plaintiff Slep-Tone Entertainment Corporation in the amount of **$930.00** for taxable costs.

    **DONE** and **ORDERED** in Tampa, Florida on May 29, 2013.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2011\11-cv-1528.BillofCosts.wpd